UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY H. BELL, ) | |
| ) | |
| Plaintiff, ) | CASE NO. C06-044-RSL |
| ) | |
| v. ) | ORDER |
| ) | |
| MICHAEL J. ASTRUE,[1] ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff has filed a motion for attorney's fees and expenses to be paid by the Defendant pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (the "EAJA") in the amount of $6,087.22 in attorney's fees and $18.78 in expenses, for a total amount of $6,106.00. Defendant filed a response, stating that he has no objection to Plaintiff's request. (Dkt. #28).

The Court finds that Plaintiff's request for attorney's fees and expenses in the amount of $6,106.00 pursuant to the EAJA is reasonable in light of the work performed and the result achieved.

//

//

---

[1] Michael J. Astrue, who was sworn in as Commissioner of Social Security on February 12, 2007, is substituted as defendant pursuant to F.R.C.P. 25(d)(1) and 42 U.S.C. § 405(g).

ORDER - 1

It is therefore ORDERED that Plaintiff's motion for EAJA Fees (Dkt. #25 is GRANTED and Plaintiff's counsel is awarded attorney's fees in the amount of $6,087.22 and expenses in the amount of $18.78 pursuant to the EAJA.

DATED this 7th day of May, 2007.

*(signature)*
Robert S. Lasnik
United States District Judge

RECOMMENDED FOR ENTRY
this 1st day of May, 2007:

  /s/Monica J. Benton
MONICA J. BENTON
United States Magistrate Judge

ORDER - 2